IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR ENVIRONMENTAL HEALTH,          No.: C 09-2868-PJH
et al.,

     Plaintiffs,

     v.

U.S. EPA, et al.,

     Defendants.

_____/

**ORDER CHANGING TIME FOR INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES**

     Pursuant to the parties' stipulation filed on September 23, 2009, it is hereby ORDERED

that all ADR deadlines be reset until October 26, 2009 and the Case Management Conference be

reset until November ~~16~~ 19, 2009, or as soon thereafter as may be heard.

             October 7
Dated: ~~September~~ ____, 2009          _____
                              PHYLLIS J. HAMILTON
                              UNITED STATES DISTRICT JUDGE



cc:  counsel of record