IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR ENVIRONMENTAL HEALTH, et al.,    No.: C 09-2868-PJH

    Plaintiffs,

    v.

U.S. EPA, et al.,

    Defendants.
_____/

**ORDER EXTENDING DEADLINES**

Pursuant to the parties' stipulation filed on October 28, 2009, it is hereby ORDERED that the following deadlines shall take effect:

| | |
|---|---|
| January 14, 2010 | Deadline to file a response to complaint or notice of mootness |
| January ~~21~~ 28, 2010 | ~~Deadline to hold~~ Case Management Conference |
| January ~~28~~ 21, 2010 | Deadline to file Case Management Statement |

Dated:  11/2/09



PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

cc: counsel of record